No. D–642. IN RE DISBARMENT OF PALOMO. Disbarment entered. [For earlier order herein, see 482 U. S. 911.]

No. D–648. IN RE DISBARMENT OF MONOKER. Disbarment entered. [For earlier order herein, see 483 U. S. 1040.]

No. D–649. IN RE DISBARMENT OF FILSOOF. Fred F. Filsoof, of Atlanta, Ga., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on July 29, 1987 [483 U. S. 1040], is hereby discharged.

No. D–659. IN RE DISBARMENT OF SHIRLEY. It is ordered that George P. Shirley, of Pebble Beach, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 9, Orig. UNITED STATES v. LOUISIANA ET AL. Motion of Alaska for leave to participate in oral argument as amicus curiae and for divided argument denied. JUSTICE MARSHALL took no part in the consideration or decision of this motion. [For earlier order herein, see, e. g., ante, p. 892.]

No. 94, Orig. SOUTH CAROLINA v. BAKER, SECRETARY OF THE TREASURY. It is ordered that the Honorable Matthew J. Jasen, retired, of Buffalo, N. Y., be appointed Special Master in place of the Honorable Samuel J. Roberts, deceased.

The Special Master shall have authority to fix the time and conditions for the filing of additional pleadings and to direct subsequent proceedings, and with authority to summon witnesses, issue subpoenas, and take such evidence as may be introduced and such as he may deem it necessary to call for. The Special Master is directed to submit such reports as he may deem appropriate.

The compensation of the Special Master, the allowances to him, the compensation paid to his legal, technical, stenographic, and clerical assistants, the cost of printing his report, and all other proper expenses, including travel expenses, shall be charged against and be borne by the parties in such proportion as the Court may hereafter direct. [For earlier order herein, see, e. g., ante, p. 892.]